IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GARY ROCAREK, JR.,<br>Defendant. | No. CR08-0018<br>ORDER FOR RELEASE ON CONDITIONS |

This matter comes before the Court on the Motion for Reconsideration (docket number 32) filed by the Defendant on April 16, 2008. On April 15, 2008, the Court ordered that Defendant be detained pending the sentencing, pursuant to the mandatory detention provisions of 18 U.S.C. §§ 3143(a)(2) and 3142(f)(1)(B). Specifically, the Court determined that since Defendant had pleaded guilty to an offense for which the maximum sentence is life imprisonment, his detention pending the sentencing was required.

On April 16, 2008, the United States Supreme Court issued its decision in *Begay v. United States*, ___ U.S. ___, 2008 WL 1733270. In short, the Court concluded that a felony DUI offense is not a "violent felony" for purposes of the Armed Career Criminal Act. The Government concedes that the holding in *Begay* reverses established law in the Eighth Circuit. Accordingly, Defendant is no longer subject to a mandatory minimum 15-year prison term or possible life imprisonment. Since the Armed Career Criminal Act is no longer applicable in this case, Defendant is no longer subject to the mandatory detention provisions of § 3143(a)(2).

Defendant asks that he be released pending sentencing, subject to the same terms and conditions previously imposed in the Court's Order Setting Conditions of Release (docket number 12). Among other things, the Court required Defendant to reside at the

1

Gerald Hinzman Center in Cedar Rapids. The Government does not resist Defendant's Motion.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Reconsideration (docket number 32) filed by the Defendant is hereby **GRANTED**. Defendant shall be released after processing on the same terms and conditions set forth in the Order Setting Conditions of Release (docket number 12) filed on March 7, 2008. The Clerk of Court shall provide copies of this Order to the United States Marshal and the United States Probation Office.

DATED this 16th day of April, 2008.

JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA